JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE HAMILTON, | Case No.: 2:19-cv-00717-R-JPR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| EXECUTIVE PROCESS, LLC DOING BUSINESS AS E-Z MESSENGER, | |
| Defendant. | |

Having considered Defendant's Motion for Summary Judgment and finding good cause therefore,

IT IS HEREBY ADJUDGED THAT Defendant's Motion for Summary Judgment is GRANTED.

Dated: September 3, 2019

*[signature: Gary Klausner]*

Hon. R. Gary Klausner

---

**Judgment**  Hamilton v. Executive Process
Case No.: 2:19-cv-00717-R-JPR
6720032v1(65332.9)